THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES G. ORR, Appellant. (Appeal No. 2.) [830 NYS2d 681]—Appeal from a judgment of the Monroe County Court (John J. Connell, J.), rendered March 31, 2004. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Orr* (38 AD3d 1290 [2007]). Present—Scudder, P.J., Smith, Centra, Fahey and Pine, JJ.